UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the Matter of:                                  Case No.  09-69555 SWR
                                                   Chapter 7
KUNERT, PATRICIA C.                                HON. Steven W. Rhodes

Debtor/

## NOTICE OF UNCLAIMED DIVIDENDS

**TO:  CLERK OF THE COURT**

The attached checks represent the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a).  The names and addresses of the parties entitled to these unclaimed dividends are as follows:

| Creditor Name | Claim No. | Dividend |
|---|---|---|
| HSBC Bank Nev Best B<br>P.O. Box 15519<br>Wilmington, DE.  19850 | 10 | $70.84 |
| GEMB/JCP<br>P.O. Box 984100<br>El Paso, TX.  79998 | 8 | $172.53 |
| HSBC/Artvn<br> P.O. Box 15524<br>Wilmington, DE.  19850 | 9 | $35.17 |
| CityBank South Dakota<br> C/O R. J. Jenkins, Esq.<br>P.O. Box 532110<br>Livonia,  MI.  48153 | 4 | $300.59 |
| **TOTAL** | | **$579.13** |

Dated:  May 12, 2011

/S/ David W. Allard
Chapter 7 Trustee
535 Griswold Street
2600 Buhl Building
Detroit, MI  48226
(313) 961-6141
Email:  trusteeallard@allardfishpc.com
O23288